UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

C.R., *on behalf of M.I.R.*,

                  Plaintiff,            **ORDER**

      -against-                    25 Civ. 1799 (AEK)

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Now that the government shutdown has concluded, the Clerk of Court is hereby directed to lift the stay in this matter. In accordance with the Standing Order that was docketed in this case on October 16, 2025, *see* ECF No. 18, and the prior scheduling order at ECF No. 13, the schedule for the parties' submissions is automatically adjusted as follows:

    (1)    Defendant's brief must be filed by **December 1, 2025**.

    (2)    Plaintiff's reply, if any, must be filed by **December 22, 2025**.

Dated: November 13, 2025
       White Plains, New York

                                      **SO ORDERED.**

                                      _____
                                      ANDREW E. KRAUSE
                                      United States Magistrate Judge