**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CIERRA R., 1 *on behalf of M.I.R*,

                                  Plaintiff,                25 **CIVIL** 1799 (AEK)

        -v-                                                **<u>JUDGMENT</u>**


COMMISSIONER OF SOCIAL SECURITY,

                                  Defendant.
-------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Decision and Order dated March 25, 2026, Plaintiff's motion (ECF No. 16)

is DENIED. Accordingly, the case is closed.

**Dated:**  New York, New York

        March 25, 2026


                                                **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**


                        BY:
                                        _____
                                                **Deputy Clerk**